### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                   )<br>            Plaintiff,    )<br>                   )<br>      vs.            )<br>                   )<br>JEREMY D. TERRELL,       )<br>                   )<br>            Defendant.    ) | 8:11CR394<br><br>ORDER |

    Defendant Jeremy D. Terrell appeared before the court on Wednesday, March 7, 2012 on a Petition for Warrant for Offender Under Supervision [5]. The defendant was represented by Retained counsel, Ernest H. Addison Jr., and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. Defendant waived his right to a preliminary examination. The government moved for detention. Detention hearing was held on Friday, March 9, 2012. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision with additional conditions.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before Judge Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **March 29, 2012 at 2:00 p.m.** Defendant must be present in person.

    2.    The defendant is to be released on current conditions of supervision with additional conditions.

    DATED this 9th day of March, 2012.

                                                      BY THE COURT:

                                                      s/ F. A. Gossett<br>
                                                      United States Magistrate Judge